AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSHUA J. ROBINSON,

                    Plaintiff,

v.                                            Civil Action No. 1:18cv194

GOSIGER MACHINE TOOLS LLC,
GOSIGER HOLDINGS INC.,

                    Defendants.


GOSIGER MACHINE TOOLS LLC,

                    Counter Claimant,

v.

JOSHUA J. ROBINSON,

                    Counter Defendant.

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of Defendants Gosiger Machine Tools LLC and Gosiger
Holdings Inc., and against Plaintiff Joshua J. Robinson on all Plaintiff's Claims. Gosinger Machine Tools
LLC's Counterclaim is DISMISSED WITHOUT PREJUDICE to refiling in state court.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Judge Holly A. Brady on a Motion for Summary Judgment by Defendant.

DATE:  August 20, 2020　　　　　　　　　ROBERT N. TRGOVICH, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　By: s/ L. Higgins-Conrad
　　　　　　　　　　　　　　　　　　　　　　*Signature of Deputy Clerk*